## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| MR. COOPER GROUP, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE<br>INSURANCE COMPANY OF<br>PITTSBURGH, PA, et al.,<br><br>    Defendants. | Case No. 3:24-cv-02857-D |

## JOINT REPORT

Pursuant to this Court's Memorandum Opinion and Order entered on March 19, 2026 (hereinafter, "Order") (ECF No. 53), Plaintiff Mr. Cooper Group, Inc. ("Mr. Cooper") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") write jointly to report on the status of their required conference regarding narrowing the scope of the Rule 30(b)(6) topics issued by Mr. Cooper to National Union. *See* Section I. In addition, Mr. Cooper writes separately to report on the status of National Union's compliance with Section V of the Court's Order. *See* Section II. Likewise, National Union writes separately to advise the Court of ongoing discussions with Mr. Cooper regarding its privilege log and correspondingly withheld documents in light of the Court's Order. *See* Section III.

### I.    Joint Report Regarding Conference on Rule 30(b)(6) Topics

On March 25, 2026 and again on April 2, 2026, the Parties conducted meet and confer conferences in compliance with the Court's Order. During the conference, the parties discussed

and came to agreement on the topics for National Union's Rule 30(b)(6) depositions. Accordingly, there is no remaining dispute on the scope of the Rule 30(b)(6) topics issued by Mr. Cooper to National Union. The parties thank the Court for its guidance on this matter.

## II.   Mr. Cooper's Report Regarding Status of National Union's Compliance With Section V of the Court's Order

Mr. Cooper writes separately to advise the Court that there remains a dispute regarding redactions applied to the documents that were produced by National Union on April 1, 2026 as required by Section V of the Court's Order. The parties intend to meet and confer on this issue and thereafter Mr. Cooper will file a Rule 37 motion if necessary.

## III.   National Union's Report of Discussions Surrounding Mr. Cooper's Privilege Log And Correspondingly Withheld Documents

National Union writes separately to advise the Court of an ongoing dispute between the Parties surrounding Mr. Cooper's Revised Privilege Log dated March 26, 2026 (including previous versions of that privilege log) and correspondingly withheld documents. National Union identified deficiencies in Mr. Cooper's Revised Privilege Log descriptions that mirror the same issues the Court found in its Order, including the use of boilerplate descriptions that fail to enable National Union to assess privilege claims. National Union raised these issues with Mr. Cooper on October 17, 2025, November 3, 2025, and April 2, 2026 following the Court's Order. The Parties intend to meet and confer on this issue, and National Union hopes to resolve this matter without Court intervention. If Mr. Cooper does not adequately address these deficiencies and continues to delay, however, National Union will evaluate its options, including seeking the Court's guidance and appropriate relief.

Dated: April 9, 2026                    Respectfully submitted,


                                        /s/        Brian G. Friel
                                        Brian G. Friel (*pro hac vice*)
                                        Benjamin W. Massarsky (*pro hac vice*)
                                        Sara Z. Moghadam (*pro hac vice*)
                                        MILLER FRIEL, PLLC
                                        2445 M Street, NW Suite 910
                                        Washington, DC 20037
                                        (202) 760-3160
                                        frielb@millerfriel.com
                                        massarskyb@millerfriel.com
                                        moghadams@millerfriel.com

                                        Justin Opitz (Bar No. 241511400)
                                        MCGUIREWOODS LLP
                                        2601 Olive Street, Suite 2100
                                        Dallas, TX 75201
                                        (214) 932-6471
                                        jopitz@mcguirewoods.com

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **MR. COOPER GROUP, INC.**


                                        /s/        Darin L. Brooks
                                        Darin L. Brooks (Bar No. 00796252)
                                        Kristen W. Kelly (Bar No. 24046198)
                                        Andrew K. York (Bar No. 24051554)
                                        Reynolds Sands (Bar No. 24143379)
                                        GRAY REED
                                        1601 Elm Street, Suite 4600
                                        Dallas, Texas 75201
                                        Telephone: (214) 954-4135
                                        Facsimile:  (214) 953-1332
                                        dbrooks@grayreed.com
                                        kkelly@grayreed.com
                                        dyork@grayreed.com
                                        rsands@grayreed.com

                                        and

                                        1300 Post Oak Boulevard, Suite 2000
                                        Houston, Texas 77056
                                        Telephone: (713) 986-7000

3

Facsimile: (713) 986-7100

**ATTORNEYS FOR DEFENDANT
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served electronically on all counsel of record via the Court's ECF system on April 9, 2026.

/s/     *Benjamin W. Massarsky*
Benjamin W. Massarsky